### 11209. ROBINSON *v.* THE STATE.

BROYLES, C. J. 1. The excerpts from the charge of the court, complained of in the special grounds of the motion for a new trial, when considered in connection with the entire charge, contain no material error.

2. The evidence authorized the verdict, ·and the court did not err in refusing to grant a new trial.

        *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

              DECIDED APRIL 13, 1920.·

Indictment for burglary; from Bibb superior court — Judge Graham presiding. December 11, 1919.

*John R. Cooper, W. O. Cooper Jr., J. A. Murray,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.